**3**
**DON J. POOL 166468**
**POWELL & POOL, LLP**
7522 North Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818
donp@powellandpool.com

Attorneys for CENTRAL VALLEY COMMUNITY BANK

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

* * * *

| | |
|---|---|
| In re | Case No. 14-30833-A-11 |
| SHASTA ENTERPRISES, | Chapter 11 |
|                     Debtor. | DC No. DJP-1 |
| CENTRAL VALLEY COMMUNITY BANK, | Date: April 13, 2015<br>Time: 10:00 AM<br>Dept: A<br>CtRm: 28 |
|                     Movant,<br>vs. | Robert T. Matsui U.S. Courthouse<br>501 I St., 7th Floor<br>Sacramento, California |
| SHASTA ENTERPRISES, Debtor;<br>HANK M. SPACONE, Chapter 11 Trustee, | |
|                     Respondents. | |

## ORDER GRANTING CENTRAL VALLEY COMMUNITY BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF FRBP 4001(a)(3)

/////

/////

-1-

RECEIVED
April 13, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005496300

The hearing on movant CENTRAL VALLEY COMMUNITY BANK'S ("Movant") Motion for Relief from the Automatic Stay and for Waiver of Federal Rule of Bankruptcy Procedure 4001(a)(3) ("Motion") came on regularly for hearing on April 13, 2015, at 10:00 a.m., in Department A, Courtroom 28 on the seventh floor, before the Honorable Michael S. McManus of the United States Bankruptcy Court, Eastern District, Sacramento Division, located at 501 I Street, Sacramento, California. Matthew G. Backowski, Powell & Pool, LLP appeared telephonically on behalf of Movant. Other appearances were as noted in record.

The purpose of the Motion was to obtain relief from the automatic stay as to debtor SHASTA ENTERPRISES ("Debtor") and HANK M. SPACONE, the duly-appointed Chapter 11 Trustee of Debtor's bankruptcy estate ("Trustee"), in order to permit Movant to exercise its lien enforcement rights under its loan documents with Debtor with regard to that certain personal property described as a 1988 British Aerospace BAE 125 Series 800A Hawker Airplane, Serial Number NA0425, FFA Registration Number N110MH, together with its engines and all avionics, as well as its log books, manual, flight records, attachments, and parts (hereinafter collectively referred to as "the Aircraft"). In addition, Movant sought a waiver of the fourteen (14) day stay period provided by Federal Rule of Bankruptcy Procedure 4001(a)(3).

The Court has duly considered the papers and pleadings on file herein and has been fully advised thereon. After finding Notice was adequate pursuant to Local Bankruptcy Rule 9014-1(f)(1) and after finding good cause to support Movant's Motion, including no opposition having been presented, and the Trustee having filed a non-opposition to the Motion, the Court has resolved the matter without oral argument and rules as follows:

IT IS HEREBY ORDERED that the automatic stay is terminated upon the entry of this Order, as to the interest of Debtor and the Trustee, with regard to the Aircraft, as described herein.

/////

/////

Order Granting Central Valley Community Bank's
Motion for Relief from the Automatic Stay, etc.

IT IS ALSO ORDERED that Movant, or its assigns, may exercise its lien enforcement rights to exercise and pursue all available state law remedies to regain possession of the Aircraft.

IT IS FURTHER ORDERED that the fourteen (14) day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived for cause.

IT IS SO ORDERED.

Dated: April 14, 2015

By the Court

Michael S. McManus
United States Bankruptcy Judge

-3-

Order Granting Central Valley Community Bank's
Motion for Relief from the Automatic Stay, etc.